## Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 26  

**IP Address:** 74.101.195.217  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 75EACE9CA719288B52B64D4D05A349BAA09542B2<br>File Hash: 8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 08-29-2021 20:34:03 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 2 | Info Hash: E446942F4BBFBF5F2C32AAE0B632138FF5C915CD<br>File Hash: FF9585E7DB4E2C84A63A87F7A0DF0F396AA60CFF08DE4BB115A977B9C0D5CA5E | 08-07-2021 18:45:55 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 3 | Info Hash: E13DF1C4B0B6D03FB52E1B5B4A384F331B4EA5C1<br>File Hash: B0065CBAE0A667673DC5D19B7C2144B9594821E894E62AE5DD755506BE23DBE2 | 07-20-2021 13:57:26 | Blacked | 06-09-2017 | 07-07-2017 | PA0002070825 |
| 4 | Info Hash: 4EB5913532DFB27FCB9F64A675F185D989B39C6A<br>File Hash: DB55F6D6557F05379CF8FEE06CDB5F399E836EFE078C89C9949A110327D25325 | 07-08-2021 00:45:14 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 5 | Info Hash: FF16D5C558E22B9BA334778EF92DDCAC4B9C219F<br>File Hash: 0A6AC3A4977BD540B7DF072701AB010EE0AFC960275C3F4BBE458E3B8FAEF669 | 07-07-2021 22:46:00 | Vixen | 01-29-2020 | 02-20-2020 | PA0002229058 |
| 6 | Info Hash: 4933F704F6A8670559941C0CFB3053BC067C02AA<br>File Hash: 2D8C472B3A98AE22DFDD842BAE5BADDABCC0E35D9462A69D31C7DF5F8BF897C4 | 07-07-2021 19:17:53 | Tushy | 06-27-2021 | 08-02-2021 | PA0002305088 |
| 7 | Info Hash: 66E841DDD72A50FF74298079B63B8046D69081CA<br>File Hash: 64783253670BAC42DF82F0CC9608EDB50306F7A4E72DE0A5C15320491B71A48A | 07-07-2021 18:30:49 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 8 | Info Hash: 0B3211C8AA683053AD9C2205D34C75107F839A20<br>File Hash: B31A11000A19FCB59304064245993EEE63E01F14BF15B7D0776CE1173C608E7F | 07-07-2021 17:23:00 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: A4F32B9E35B11D245A89EFB3BC49DF3C307DBC4C<br>File Hash: 4EB9FCBEBC376A05C29B4F19D8073EB83169AC9893DBF6B4C8555D270A41F5F8 | 07-07-2021 17:09:39 | Vixen | 07-02-2021 | 08-20-2021 | PA0002312015 |
| 10 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash: E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 06-09-2021 13:22:48 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 11 | Info Hash: 4E09CCA0246A2BF6989481994B04C0BC7C6B8180<br>File Hash: B3E7D4C69B1947521E58A91246227A44788A1F197CE0E0769394DEEE8A56BB4D | 06-09-2021 04:04:38 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 12 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash: 23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 04-29-2021 21:08:58 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 13 | Info Hash: BF7DA46AAB01CA92B818DC1EED9D33E83768BF12<br>File Hash: 76ACEB0964E0FBDF7535C99F405DC85A8F13DF4C35810F11890C0E5815A50F07 | 03-18-2021 17:07:15 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 14 | Info Hash: 3A5E4C415C76A3E2F8353AEA8AA6257537CF36EE<br>File Hash: ABD1CF9BE94C07E7BA99AD39BA2A1F827B3E71F1677F7CFC5C5731EEFFC66D57 | 03-15-2021 16:59:25 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 15 | Info Hash: 2D9075EBB1F26DF17BDDA3A97A44F322D12AFCB4<br>File Hash: D16DF83A00305C34F08B013F7C1AD485D4856A3B0BC2CDD84EBABC859EDB141F | 10-24-2020 16:17:03 | Blacked Raw | 01-12-2018 | 01-23-2018 | PA0002101755 |
| 16 | Info Hash: 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78<br>File Hash: 6795789E04678B20D40454D7E8A982DB17E652E8CAF50F29E036AA400E5CC327 | 09-14-2020 01:00:23 | Blacked | 10-27-2018 | 12-10-2018 | PA0002145828 |
| 17 | Info Hash: FBB1E3387B5D032B30B9137E05F516E696DC5CC5<br>File Hash: B9956D883B639ABA09E7C17604A1DE4661B56E9371D9A95D7CB251267123EB58 | 01-10-2020 17:40:53 | Vixen | 11-10-2018 | 11-25-2018 | PA0002136725 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: AC7FA021B38E24D1B89250B1B963879739C88A06<br>File Hash: A0E2F22B61C2FE0C8FBF8EFF45988C31E2A5B695A6BDD4C07B061711F5009550 | 01-05-2020 16:07:44 | Blacked Raw | 02-01-2019 | 03-24-2019 | PA0002183205 |
| 19 | Info Hash: DAAB1603971461BD3D663620ED1313A2096BA184<br>File Hash: 208C2094E936E0C81D7BE784548F4DEEC34975FA611D8D2CD633CCB4F288C2C3 | 01-05-2020 16:04:52 | Blacked Raw | 02-13-2019 | 03-24-2019 | PA0002183197 |
| 20 | Info Hash: 8380829FBFACEF0EE48B37AF15910E96A5E8329C<br>File Hash: 72B9208BB759C27C1532BE6EBAB0A289A32F80E552A690ABAE2BA4752DA0B354 | 01-05-2020 16:04:29 | Blacked Raw | 12-23-2017 | 01-15-2018 | PA0002099706 |
| 21 | Info Hash: 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A<br>File Hash: F997341CFEA250813769A2C58B8CE85C90588C532B71CC9E69B3CB9329FA7EA7 | 01-05-2020 16:03:12 | Blacked Raw | 07-26-2018 | 09-01-2018 | PA0002119594 |
| 22 | Info Hash: 609925695807CF8D58C61A83C0667EBFACA3059B<br>File Hash: AA82A2D655EFAE26069B693C159D006EA3D308A84159E1F920E2BB80F6B5A1B8 | 01-05-2020 15:54:55 | Blacked Raw | 11-25-2019 | 12-09-2019 | PA0002216263 |
| 23 | Info Hash: B0CE169D460B3E10FDC06D60342FA7FD5FBE531B<br>File Hash: E701C43864BC713E4129A4F6CD46A51E0378F2B4D49F69835C388B372747A4C4 | 01-05-2020 02:27:46 | Blacked Raw | 11-13-2018 | 12-10-2018 | PA0002145836 |
| 24 | Info Hash: 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08<br>File Hash: F9A7372941DA252808B68887A5C34826B060F8D2FFE5E9E93B022A57762D4AB2 | 01-05-2020 01:09:38 | Tushy | 12-12-2017 | 01-04-2018 | PA0002069349 |
| 25 | Info Hash: E9DB8BE26B56BFF69AC9279777644AE132988A8F<br>File Hash: F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 12-08-2019 18:52:00 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 26 | Info Hash: 662C42833DF0727F4B96196F88475B615B2F0D2B<br>File Hash: 181A5A85F913157A0303150E1B0C7ECC81F7A63FC42BA1071B5236AC52A0432E | 11-08-2019 03:13:24 | Blacked Raw | 07-31-2019 | 08-22-2019 | PA0002195511 |